UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS,<br><br>Respondent. | No. 2:24-cv-1722 CKD P<br><br><br><br>ORDER |

On June 21, 2024, the court ordered that petitioner submit either a request to proceed in forma pauperis or the $5 filing fee. On June 28, 2024, petitioner submitted a request to proceed in forma pauperis, but it is not on the correct form. Good cause appearing, IT IS HEREBY ORDERED that:

1. Within 30 days, petitioner shall submit either a request to proceed in forma pauperis on the form provided to petitioner by the Clerk of the Court or the $5 filing fee. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

/////

/////

/////

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form-application used in this district.

Dated: August 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
cast1722.101a(2)