PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>Respondent. | CASE NO. 2:24-CV-01722 CKD P<br><br>ORDER |

Respondent requests an extension of time to November 15, 2024, to file a response to petitioner's 28 U.S.C. § 2241 petition. ECF 1. Good cause appearing, IT IS HEREBY ORDERED that respondent's request for an extension is granted. The response is now due November 15, 2024.

Dated: October 30, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE