1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES CHRISTOPHER CASTLE,              No. 2:24-cv-1722 CKD P

12                   Petitioner,

13        v.                                ORDER

14   BUREAU OF PRISONS,

15                   Respondent.

16

17        Petitioner has requested an extension of time to file an amended petition for a writ of

18   habeas corpus.  Good cause appearing, IT IS HEREBY ORDERED that:

19        1.  Petitioner's request for an extension of time (ECF No. 16) is GRANTED; and

20        2.  Petitioner shall file an amended petition within thirty days from the date of this order.

21   Failure to file an amended petition within 30 days will result in a recommendation that this action

22   be dismissed.

23   Dated:  April 14, 2025

24                                           _____

25                                           CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
26   1/hh
     cast1722.111
27

28