1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JAMES CHRISTOPHER CASTLE,                    No.  2:24-cv-1722 CKD P

12                  Petitioner,

13          v.                                      ORDER

14     BUREAU OF PRISONS,

15                  Respondent.

16

17          Petitioner has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C.

18     § 2241.  Because petitioner may be entitled to relief, respondent is directed to file an answer or a

19     motion to dismiss.

20          In accordance with the above, IT IS HEREBY ORDERED that:

21          1.  Respondent is directed to file an answer or a motion to dismiss within sixty days from

22     the date of this order.  If an answer is filed, respondent shall include with the answer any and all

23     transcripts or other documents relevant to the determination of the issues presented in the

24     application.

25     /////

26     /////

27     /////

28     /////

1

1    2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's

2  answer is filed; an opposition to a motion to dismiss is due within thirty days of service of the

3  motion to dismiss.

4    3. Petitioner's motion for leave to amend (ECF No. 18) is denied as unnecessary.

5  Petitioner was granted leave to amend on April 14, 2025.

6  Dated: August 28, 2025

7  _____
   CAROLYN K. DELANEY
8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12  1
    cast1722.2pet
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2