UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE, | No. 2:24-cv-1722 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| BUREAU OF PRISONS, | |
| Respondent. | |

On October 20, 2025, the court recommended that this action be dismissed for petitioner's failure to keep the court apprised of his address. Petitioner has now updated his address. Accordingly, IT IS HEREBY ORDERED that:

1. The court's October 20, 2025, findings and recommendations are VACATED; and
2. Respondent is granted 30 days within which to file a response to petitioner's petition for a writ of habeas corpus.

Dated: 01/05/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cast1722.33a