UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CHRISTOPHER CASTLE,

Petitioner,

v.

BUREAU OF PRISONS,

Respondent.

No.  2:24-cv-1722 TLN CKD P

ORDER

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus.  On February 4, 2026, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss within thirty days or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated:  March 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cast1722.146