UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CHRISTOPHER CASTLE,

Petitioner,

v.

BUREAU OF PRISONS,

Respondent.

No.  2:24-cv-1722 TLN CKD P

FINDINGS AND RECOMMENDATIONS

Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus under 28 U.S.C. § 2241.  On May 26, 2026, respondent filed an amended motion to dismiss.  Plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion by June 25, 2026.  In the same order petitioner was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).  Petitioner has not filed an opposition or statement of non-opposition.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that:

1.  This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

2.  Respondent's amended motion to dismiss (ECF No 34) be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 7, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

cast1722.146

2